EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
LYNNE G. MCGINNIS, State Bar No. 101090
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2205
Fax: (619) 645-2191
Email: Lynne.McGinnis@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD RAYMOND TUITE,** Petitioner, v. **MICHAEL MARTEL, Warden,** Respondent. | 08-1101 J (CAB) **APPLICATION FOR LEAVE TO FILE POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES** Judge: The Honorable Cathy Ann Bencivengo |

Respondent, Warden Michael Martel, by and through his counsel, Edmund G. Brown Jr., Attorney General for the State of California, and Lynne G. McGinnis, Deputy Attorney General, makes this application for leave to file a Memorandum of Points and Authorities in excess of twenty-five pages with the Answer to the Petition for Writ of Habeas Corpus in the above-entitled matter.

The Petition for Writ of Habeas Corpus contains four claims. It has been prepared by counsel and is fifty-eight pages long. The case is very fact-based. The Memorandum in Support of the Answer includes the extraordinarily lengthy factual summary taken from the Opinion of the

California Court of Appeal.

In order to adequately respond to the Petition on the merits, the response is in excess of twenty-five pages. In order to properly assist this Court in determining these issues and to fairly and adequately represent Respondent's position in this matter, Respondent respectfully requests permission to file a Memorandum of Points and Authorities whose total length will be no greater than thirty-six (36) pages.

Dated: August 19, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

s/ Lynne G. McGinnis

LYNNE G. MCGINNIS
Deputy Attorney General
Attorneys for Respondent

LGM:ms
70134135.wpd
SD2008801733

**CERTIFICATE OF SERVICE**

Case Name: **Richard Raymond Tuite v. Michael Martel, Warden**

No.: **08-1101 J(CAB)**

I declare:

On August 21, 2008, I electronically filed the following document(s):

- **APPLICATION FOR LEAVE TO FILE POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES**
- **[PROPOSED] ORDER**

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

Jerome P. Wallingford
jwallin2@san.rr.com

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

**NONE**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 21, 2008, at San Diego, California.

| Lynne G. McGinnis | s/Lynne McGinnis |
| --- | --- |
| Declarant | Signature |

SD2008801388
70134320.wpd