EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
LYNNE G. MCGINNIS, State Bar No. 101090
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2205
Fax: (619) 645-2191
Email: Lynne.McGinnis@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD RAYMOND TUITE,**<br>Petitioner,<br>**v.**<br>**MICHAEL MARTEL, Warden,**<br>Respondent. | 08-1101 J (CAB)<br>**NOTICE OF LODGMENT**<br>Judge: The Honorable Cathy Ann Bencivengo |

Pursuant to this Court's June 30, 2008, Order Requiring Response to Petition, Respondent hereby lodges the following documents:

1. Clerk's Transcript on Appeal, sixteen volumes, filed in *People v. Tuite*, California Court of Appeal, Fourth Appellate District, Division One, case number D044943;

2. Reporter's Transcript on Appeal, seventy-one volumes, filed in *People v. Tuite*, California Court of Appeal, Fourth Appellate District, Division One, case number D044943;

3. Appellant's Opening Brief filed in *People v. Tuite*, Fourth Appellate District, Division One, case number D044943;

4. Respondent's Brief filed in *People v. Tuite*, California Court of Appeal, Fourth Appellate District, Division One, case number D044943;

5. Appellant's Reply Brief filed in *People v. Tuite*, California Court of Appeal, Fourth Appellate District, Division One, case number D044943;

6. Unpublished Opinion of the California Court of Appeal, Fourth Appellate District, Division One, in *People v. Tuite*, case number D044943, filed on December 14, 2006;

7. Petition for Review to the California Supreme Court in *People v. Tuite*, California Supreme Court case number S149654;

8. Order denying review in *People v. Tuite*, California Supreme Court case number S149645, filed on March 28, 2007.

Because these lodged documents are copies, Respondent does not request that they be returned.

Dated: August 19, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

s/Lynne G. McGinnis

LYNNE G. MCGINNIS
Deputy Attorney General
Attorneys for Respondent

LGLM:ms
70134138.wpd
SD2008801733

**CERTIFICATE OF SERVICE**

Case Name: **Richard Raymond Tuite v. Michael Martel, Warden**

No.: **08-1101 J(CAB)**

I declare:

On August 21, 2008, I electronically filed the following document(s):

- **NOTICE OF LODGMENT**

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

Jerome P. Wallingford
jwallin2@san.rr.com

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

**NONE**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 21, 2008, at San Diego, California.

| Lynne G. McGinnis | s/Lynne McGinnis |
|---|---|
| Declarant | Signature |

SD2008801388
70134321.wpd