UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RAYMOND TUITE,<br>Petitioner,<br>v.<br>MICHAEL MARTEL, Warden,<br>Respondent. | Civil No. 08cv1101 J (CAB)<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR LEAVE TO FILE POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES**<br>**[Doc. No. 4.]** |

Good cause appearing, Respondent's request to file points and authorities in excess of 25 pages is **GRANTED**.

**IT IS SO ORDERED**.

DATED: August 21, 2008

**CATHY ANN BENCIVENGO**
United States Magistrate Judge